```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612-5217
    Telephone:  (510) 637-3721
    Facsimile:  (510) 637-3724
    jevechius.bernardoni@usdoj.gov

Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FLORIE JOHNSON,<br><br>       Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>       Defendants. | Case No. 4:23-cv-02336-DMR<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Current Date: October 4, 2023<br>Current Time: 1:30 p.m.<br><br>The Honorable Chief Magistrate Judge Ryu |

WHEREAS, there is an initial case management conference scheduled for the above-captioned matter on October 4, 2023 at 1:30 p.m.;

WHEREAS, Plaintiff filed this case on May 12, 2023 (ECF No. 2);

WHEREAS, the United States Attorney's Office does not represent Dr. Kennedy and, therefore, cannot accept service on Dr. Kennedy's behalf. Accordingly, Plaintiff has begun service efforts on Dr. Kennedy personally;

WHEREAS, Plaintiff has dismissed Defendant UC Regents;

WHEREAS, the United States of America was served on September 18, 2023 and has not yet responded to the complaint;

1    WHEREAS, the United States of America's response to the complaint is currently due on
2 November 17, 2023; and
3    WHEREAS, the United States of America and Plaintiff submit that the initial case management
4 conference should be continued until after the United States of America's response deadline.
5    IT IS HEREBY STIPULATED, by the United States of America and Plaintiff, that the October 4,
6 2023 initial case management conference be continued to January 17, 2024 at 1:30 p.m., and the associated
7 deadlines be adjusted accordingly.
8 DATED:  September 27, 2023

ISMAIL J. RAMSEY
United States Attorney

/s/ Jevechius D. Bernardoni*
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for the United States of America

DATED:  September 27, 2023

/s/ Julien Swanson
Julien Swanson
Austin Law Group

Attorneys for Florie Johnson

*In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

**ORDER (AS MODIFIED)**

Pursuant to the United States of America and Plaintiff's stipulation, the October 4, 2023 initial case management conference is hereby continued until January 17, 2024 at 1:30 p.m. in Oakland by Videoconference (may be changed to in-person by the court) and the associated deadlines are adjusted accordingly. All counsel and parties may access the webinar information (public hearings) at **https://cand.uscourts.gov/judges/ryu-donna-m-dmr/**.

IT IS SO ORDERED AS MODIFIED.

Dated: September 28, 2023

_____
CHIEF MAGISTRATE JUDGE DONNA M. RYU