1  JULIEN SWANSON (CABN 193957)
   ERIC BASS (CABN (CABN 349694)
2  Austin Swanson Law Firm PC
   584 Castro Street #2126
3  San Francisco CA 941114
   415.282.4511
4  swanson@austinswansonlaw.com
   bass@austinswansonlaw.com
5
   Attorneys for the Plaintiff Florence "Florie" Johnson
6

7  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
8  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
9  JEVECHIUS D. BERNARDONI (CABN 281892)
   Assistant United States Attorney
10
          1301 Clay Street, Suite 340S
11        Oakland, California 94612-5217
          Telephone:  (510) 637-3721
12        Facsimile:  (510) 637-3724
          jevechius.bernardoni@usdoj.gov
13
   Attorneys for the United States of America
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FLORIE JOHNSON, | Case No. 4:23-cv-02336-DMR |
| Plaintiff, | **UPDATED JOINT CASE MANAGEMENT STATEMENT AND STIPULATION TO EXTEND TIME FOR COMPLETION OF MEDIATION AND TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; ORDER (AS MODIFIED)** |
| v. | |
| UNITED STATES OF AMERICA, ET AL., | |
| Defendants. | Current Date:  September 4, 2024<br>Current Time:  1:30 p.m. |

The Honorable Chief Magistrate Judge Ryu

WHEREAS, there is a Zoom case management video-conference scheduled for the above-captioned matter on September 4, 2023 at 1:30 p.m.;

WHEREAS, per Order dated April 17, 2024, this Court allowed the Parties 180 days to participate in mediation through the Northern District's ADR program;

1  WHEREAS, the case was referred to mediation on April 4, 2024, and thereafter, the Parties
2  conducted ADR conferences on May 16, 2024 and July 24, 2024, and the case was referred to Mediator
3  David A. Levy on July 29, 2024;

4  WHEREAS, on August 16, 2024, the Parties had an initial phone meeting with Mediator Levy
5  where it was agreed that a mediation would be set for **January 15, 2025 at 9:30 a.m.** due to the Parties'
6  and the Mediator's scheduling needs, and that the Parties would request and stipulate this request for an
7  extension of time to complete mediation;

8  WHEREAS, the Parties are participating in active discovery, having both propounded written
9  discovery to each other, and are in discussions regarding possible depositions of (i) the Plaintiff,
10  (ii) Dr. Kennedy (a previous defendant who no longer works for the VA but for whom the United States
11  has substituted in) and (iii) a witness to the event at issue, who now resides in Michigan; and

12  WHEREAS the Parties are confident that this short extension of the deadline to complete
13  mediation will not interfere with the trial and associated dates currently set in the case, while this time is
14  necessary to provide the best opportunity for the case to settle.

15  IT IS HEREBY STIPULATED, by the parties to the above-captioned action, that the time to
16  conduct mediation in this case be continued to January 15, 2025. The Parties are amenable to a continuance
17  of the case management conference to after the scheduled mediation, although they remain available for
18  the upcoming case management conference if the Court deems it beneficial.

19  DATED:  August 28, 2024

20　　　　　　　　　　　　　　　　　　　ISMAIL J. RAMSEY
　　　　　　　　　　　　　　　　　　　　United States Attorney
21
22　　　　　　　　　　　　　　　　　　　*/s/ J. Bernardoni*
　　　　　　　　　　　　　　　　　　　　JEVECHIUS D. BERNARDONI
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
23
　　　　　　　　　　　　　　　　　　　　Attorneys for the United States of America
24

25  DATED:  August 28, 2024　　　　　　　*/s/ J. Swanson*
　　　　　　　　　　　　　　　　　　　　Julien Swanson
26　　　　　　　　　　　　　　　　　　　Austin Swanson Law Firm PC
　　　　　　　　　　　　　　　　　　　　Attorneys for Florie Johnson
27

28  *Per CLR 5-1(h)(3), the filer attests all signatories have concurred in the filing of this document.*

STIPULATION TO CONTINUE TIME TO MEDIATE; ORDER (AS MODIFIED)
Case No. 4:23-cv-02336-DMR                                2

**ORDER**

Pursuant to the parties' stipulation, the time to complete mediation is extended to January 15, 2025. The Further Case Management Conference set for September 4, 2024 at 1:30 p.m. is vacated and continued to January 29, 2025 at 1:30 p.m. in Oakland, by Videoconference only.  Parties shall file an updated joint case management conference statement by January 22, 2025.

All counsel and parties may access the webinar information (public hearings) at **https://cand.uscourts.gov/judges/ryu-donna-m-dmr/.**

IT IS SO ORDERED AS MODIFIED.

Dated:  August 30, 2024

_____
CHIEF MAGISTRATE JUDGE DONNA M. RYU